IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROJECT MANAGEMENT RESOURCE GROUP CORP. and CITISITE INC. | : : : | |
| Plaintiffs, | : : | C.A. No. 23-cv-00893 |
| v. | : : | JURY TRIAL DEMANDED |
| NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION and JOHN DOES ONE THROUGH TEN | : : : : : | |
| Defendants. | : | |

**PROJECT MANAGEMENT RESOURCE GROUP CORP.**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Project Management Resource Group Corp. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: August 14, 2023

*/s/ David A. Felice*
David A. Felice (#4090)
Bailey & Glasser, LLP
2916 Centerville Road, Suite 302
Wilmington, Delaware 19808
Telephone: (302) 504-6333
E-mail: dfelice@baileyglasser.com

*Attorney for Plaintiffs*