IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROJECT MANAGEMENT RESOURCE GROUP CORP. and CITISITE INC. | : : : | |
| Plaintiffs, | : : | C.A. No. 23-cv-00893 |
| v. | : : | JURY TRIAL DEMANDED |
| NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION and JOHN DOES ONE THROUGH TEN | : : : : : | |
| Defendants. | : | |

### CITISITE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Citisite Inc. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: August 14, 2023

/s/ David A. Felice
David A. Felice (#4090)
Bailey & Glasser, LLP
2916 Centerville Road, Suite 302
Wilmington, Delaware 19808
Telephone: (302) 504-6333
E-mail: dfelice@baileyglasser.com

*Attorney for Plaintiffs*